UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHANIEL JONES, JR., :
:
       Petitioner : CIVIL NO. 1:CV-16-1948
  vs. :
: (Judge Caldwell)
WARDEN ODDO, :
:
       Respondent :

*O R D E R*

And now, this 27th day of April, 2017, for the reasons set forth in the accompanying memorandum, it is ordered that:

    1. The Petition (ECF No. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

    2. The Clerk of Court shall close this file.

                             /s/ William W. Caldwell
                             William W. Caldwell
                             United States District Judge